UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**  Case No: **6:15-bk-02498-KSJ**
**WADE MARTIN ROME**
**KATHLEEN MALONEY ROME**  Chapter 7

     Debtor(s).
_____/

**JOHN BELTRAMO, AS TRUSTEE OF THE JOHN W.**
**BELTRAMO REVOCABLE TRUST DATED,**
**FEBRUARY 27, 1992, (hereinafter "BELTRAMO"),**

     **Plaintiff,**

v.  Adversary Proceeding
 No. **6:15-ap-00131-KSJ**

**WADE MARTIN ROME and**
**KATHLEEN MALONEY ROME,**

     **Defendant(s).**
_____/

**ANSWER TO COMPLAINT TO DETERMINE DISCHAREABILITY OF DEBT**
**PURSUANT TO 11 U.S.C. § 727(a)(3), (a)(4)(A), AND (a)(5) FILED BY BELTRAMO**
**AND AFFIRMATIVE DEFENSES**

Defendants, **WADE MARTIN ROME** and **KATHLEEN MALONEY ROME**, (the "Defendants"), by and through there undersigned counsel, serve their Answer, paragraph by paragraph, to the Adversary Proceeding Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 727(a)(3), (a)(4)(A), AND (a)(5) (the "Complaint") filed by Plaintiff, **BELTRAMO** and states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Admitted.

1

2. Admitted.

3. Denied.

4. Admitted.

5. Admitted.

**CASE BACKGROUND, GENERAL ALLEGATIONS AND DEFINITIONS**

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Admitted.

12. Without knowledge, therefore denied.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Without knowledge, therefore denied.

30. Without knowledge, therefore denied.

31. Without knowledge, therefore denied.

## BUSINESS ENTERPRISES

32. Without knowledge, therefore denied.

33. Denied.

34. Denied.

35. Denied.

36. Admitted.

37. Admitted.

38. Admitted.

39. Without knowledge, therefore denied.

40. Denied.

41. Without knowledge, therefore denied.

42. Denied.

43. Admitted.

44. Without knowledge, therefore denied.

45. Denied.

46. Denied.

47. Without knowledge, therefore denied.

48. Without knowledge, therefore denied.

49. Admitted.

50. Admitted.

51. Denied.

52. Admitted.

53. Denied.

54. Denied.

55. Admitted.

56. Denied.

57. Admitted.

58. Denied.

59. Denied.

60. Admitted.

61. Admitted.

62. Denied.

63. Admitted.

64. Admitted.

65. Without knowledge, therefore denied.

## **B&H AUTO AND DEBTORS' AUTOMOBILES**

66. Denied.

67. Denied.

68. Without knowledge, therefore denied.

69. Without knowledge, therefore denied.

70. Without knowledge, therefore denied.

71. Without knowledge, therefore denied.

72. Without knowledge, therefore denied.

73. Admitted.

74. Admitted.

75. Admitted.

76. Admitted.

77. Without knowledge, therefore denied.

78. Denied.

79. Without knowledge, therefore denied.

80. Without knowledge, therefore denied.

81. Without knowledge, therefore denied.

82. Without knowledge, therefore denied.

83. Denied.

84. Denied.

85. Without knowledge, therefore denied.

86. Without knowledge, therefore denied.

87. Without knowledge, therefore denied.

88. Without knowledge, therefore denied.

89. Without knowledge, therefore denied.

90. Without knowledge, therefore denied.

91. Without knowledge, therefore denied.

92. Without knowledge, therefore denied.

93. Without knowledge, therefore denied.

94. Denied.

95. Without knowledge, therefore denied.

96. Denied.

97. Denied.

98. Without knowledge, therefore denied.

99. Without knowledge, therefore denied.

100. Without knowledge, therefore denied.

101. Without knowledge, therefore denied.

102. Without knowledge, therefore denied.

## **PURCHASES OF GOLD, SILVER, BULLION AND PRECIOUS COINS**

103. Denied.

104. Admitted.

105. Denied.

106. Without knowledge, therefore denied.

107. Denied.

108. Without knowledge, therefore denied.

109. Admitted.

110. Without knowledge, therefore denied.

111. Admitted.

112. Without knowledge, therefore denied.

113. Without knowledge, therefore denied.

114. Without knowledge, therefore denied.

115. Without knowledge, therefore denied.

116. Without knowledge, therefore denied.

117. Denied.

118. Without knowledge, therefore denied.

119. Without knowledge, therefore denied.

120. Denied.

121. Denied.

122. Without knowledge, therefore denied.

## TAX RETURNS

123. Admitted.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Without knowledge, therefore denied.

129. Denied.

## DEBTORS' LITIGATION ACTIVITY

130. Admitted.

131. Admitted.

132. Without knowledge, therefore denied.

## AUTOMOBILE AND RENTER'S INSURANCE

133. Admitted.

134. Without knowledge, therefore denied.

135. Admitted.

136. Admitted.

137. Denied.

138. Denied.

139. Without knowledge, therefore denied.

140. Admitted.

### THE DEBTORS' DOMICILE AND RESIDENCE

141. Admitted.

142. Denied.

143. Admitted.

144. Admitted.

145. Without knowledge, therefore denied.

146. Admitted.

147. Without knowledge, therefore denied.

148. Admitted.

149. Admitted.

150. Without knowledge, therefore denied.

151. Denied.

152. Denied.

153. Without knowledge, therefore denied.

154. Denied.

## **ASSETS OMMITTED IN DEBTORS' SCHEDULES**

155. Denied.

156. Denied.

157. Without knowledge, therefore denied.

158. Without knowledge, therefore denied.

159. Admitted.

160. Denied.

161. Admitted.

162. Denied.

163. Denied.

164. Denied.

165. Admitted.

166. Admitted.

167. Denied.

168. Admitted.

169. Admitted.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. Denied.

175. Denied.

176. Without knowledge, therefore denied.

177. Admitted.

178. Admitted.

179. Denied.

180. Denied.

## CASH TRANSACTIONS

181. Without knowledge, therefore denied.

182. Denied.

183. Denied.

184. Without knowledge, therefore denied.

185. Without knowledge, therefore denied.

186. Without knowledge, therefore denied.

187. Denied.

188. Denied.

189. Admitted.

190. Denied.

## COUNT I: 11 U.S.C. § 727(a)(3)

191. Admitted.

192. Admitted.

193. Denied.

194. Denied.

## COUNT II: 11 U.S.C. § 727(a)(4)(A)

195. Admitted.

196. Admitted.

197. Denied.

198. Denied.

199. Denied.

200. Denied.

201. Without knowledge, therefore denied.

## COUNT III: 11 U.S.C. § 727(a)(5)

202. Admitted.

203. Admitted.

204. Denied.

205. Admitted.

206. Admitted.

207. Without knowledge, therefore denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a claim for relief under 11 U.S.C. § 727(a)(3).

2. Plaintiffs fail to state a claim for relief under 11 U.S.C. § 727(a)(4).

3. Plaintiffs fail to state a claim for relief under 11 U.S.C. § 727(a)(5).

## GENERAL DENIAL

To the extent an allegation, count or prayer for relief has not been expressly admitted above, Defendants deny each and every allegation, count and prayer for relief of Plaintiff.

## PREVAILING PARTY FEE REQUEST

The Defendants have retained counsel and is obligated to pay said counsel a reasonable fee for their service. Pursuant to 11 United States Code § 105(a), in the event Defendants are the prevailing party, Defendants seeks recovery of attorney's fees incurred herein against Plaintiff.

## RESERVATION OF RIGHT TO AMEND

Defendants reserve their right, with proper leave of court, to amend their Answer, and also to add any further defenses, counterclaims, or cross-claims, as necessary.

**WHEREFORE,** Defendants, **WADE MARTIN ROME and KATHLEEN MALONEY ROME,** respectfully requests this Honorable Court dismiss the Complaint filed by Plaintiff, award Defendants there costs and attorneys' fees associated with defending this action, and grant such further relief this Court deems just and proper.

/s/ Jeffrey S. Ainsworth

Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Second e-mail: shelly@bransonlaw.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No: 6:15-bk-02498-KSJ** |
| **WADE MARTIN ROME** | |
| **KATHLEEN MALONEY ROME** | **Chapter 7** |
|     **Debtor(s).** | |
| _____/ | |
| | |
| **JOHN BELTRAMO, AS TRUSTEE OF THE JOHN W.** | |
| **BELTRAMO REVOCABLE TRUST DATED,** | |
| **FEBRUARY 27, 1992, (hereinafter "BELTRAMO"),** | |
| | |
|     **Plaintiff,** | |
| | |
| **v.** | **Adversary Proceeding** |
| | **No. 6:15-ap-00131-KSJ** |
| **WADE MARTIN ROME and** | |
| **KATHLEEN MALONEY ROME,** | |
| | |
|     **Defendant(s).** | |
| _____/ | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **ANSWER**, has been furnished on this 22nd day of October, 2015 by electronic transmission and/or prepaid first class US mail to: Gale M. Bobenhausen, Esquire, Law Office of Gale M. Bobenhausen, P.A., 28051 U.S. Highway 19, North, Suite 107, Clearwater, Florida and the Defendant.

                                                    /s/ Jeffrey S. Ainsworth
                                                  _____

                                                  Jeffrey S. Ainsworth, Esquire
                                                  **BransonLaw PLLC**